# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

      Plaintiff,

    **-vs-**                                                              **Case No. 14-CR-55**

**PAUL D. SHEGONEE,**

      Defendant.

## DECISION AND ORDER

Defendant Paul D. Shegonee (Shegonee) brought a motion to suppress evidence in the above-captioned case before Magistrate Judge Aaron Goodstein. In a recommendation to the Court, Judge Goodstein recommends that the motion be denied.

The Court has read the recommendation and concurs with Judge Goodstein's conclusion and the reasoning supporting that conclusion. Therefore, Shegonee's motion to suppress shall be denied.

The trial in this matter is currently scheduled for August 4, 2014 but must be re-scheduled due to a conflict on the Court's calendar. The parties must contact the Court to re-schedule.

**IT IS HEREBY ORDERED THAT:**

The defendant's motion to suppress (ECF No. 12) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 8th day of July, 2014.

BY THE COURT:

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**